IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 25, 2007.**

Before the Court is EEOC's Motion for Clarification and Request for Hearing [Filed January 16, 2007; Docket #18]. EEOC is not a party to this lawsuit. The Federal Rules of Civil Procedure allow a nonparty to file a Motion to Quash or Modify a subpoena. Fed. R. Civ. P. 45(c)(3)(A). Construing EEOC's motion as such, the Court first notes that the subpoena served by Plaintiff is not signed by the Clerk of the Court. Fed. R. Civ. P. 45(a)(3). Second, discovery has not yet commenced in this lawsuit, and pursuant to Fed. R. Civ. P. 26(d), Plaintiff may not seek discovery from any source until he has conferred with Defendant pursuant to Rule 26(f).

Accordingly, EEOC's Motion for Clarification is **granted**, and Plaintiff's subpoena is hereby **quashed**. EEOC's request for a hearing is **denied**.