IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 27, 2007.**

    Defendant's Unopposed Motion to Amend Scheduling Order to Reschedule Plaintiff's Deposition [Filed February 22, 2007; Docket #26] is **granted**.  The Scheduling Order is amended to allow Defendant to depose Plaintiff on March 21, 2007, or any other date to which the parties agree, prior to the close of discovery.