IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

      Plaintiff,

v.

MILGARD MANUFACTURING, INC.;

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2007.**

      Based upon the parties' agreement, and the entire record herein, Defendant's Joint Motion for Entry of Stipulated Confidentiality Order [Filed February 28, 2007; Docket #30] is **granted**. The Court will sign the Protective Order and enter it on the record.