IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 21, 2007.**

    Plaintiff's Motion to Compel the Defendant's Discovery [Filed March 14, 2007; Docket #37] is **denied** without prejudice, for failure to comply with D.C.Colo.L.Civ.R. 37.1. Plaintiff has not attached his discovery requests or Defendant's responses to these requests so that the Court can evaluate the adequacy of these responses.