IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-2031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.,

    Defendant.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty (doc no 35), issued March 8, 2007, that Defendant's Motion to Dismiss, or, in the Alternative, Motion to Strike (doc no 35) be granted and Plaintiff's complaint be dismissed. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the complaint, the motion to dismiss and Plaintiff's response, and the recommendation. I accept the recommendation that the complaint be dismissed because Plaintiff's claims are time-barred. Plaintiff filed this action under Title VII claiming employment discrimination, but he failed to file his complaint within 90 days of receiving a right-to-sue letter from the EEOC. Plaintiff has not rebutted the evidence that his complaint was not timely filed nor offered any grounds for tolling the statute of limitations. I agree with Magistrate Judge

Hegarty that the statute of limitations was not tolled during the pendency of Plaintiff's previously-filed lawsuit as that lawsuit was dismissed without prejudice for failure to comply with procedural requirements. *See Brown v. Hartshorne Public Sch. Distr. #1*, 926 F.2d 959 (10th Cir. 1991). Plaintiff had adequate time after the dismissal of that lawsuit to properly re-file his complaint within the statute of limitations but did not do so.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Hegarty, issued March 8, 2007, is accepted.
2. Defendant's Motion to Dismiss or, in the Alternative, Motion to Strike (doc no 14) is granted.
3. Plaintiff's complaint is dismissed with prejudice.

DATED at Denver, Colorado, on April 6, 2007.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge