IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING INCORPORATED,

    Defendant.

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS AND DENYING FREE TRANSCRIPT

Miller, Judge

Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in this court in this action. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff is authorized to proceed in forma pauperis on appeal.

However, I find that this appeal does not present a substantial question, i.e., a significant issue that is unique, unusual or reasonably debatable. Therefore, pursuant to 28 U.S.C. § 753(f), a free transcript will be denied. Accordingly, it is

ORDERED that Plaintiff may proceed on appeal without prepayment of fees or security therefor. It is

FURTHER ORDERED that Plaintiff may not be provided with a free transcript because the court finds that this appeal does not present a substantial question. Plaintiff may pay the estimated

transcript fee in advance or make his own arrangements with the court reporter to pay for the cost of any transcript.

DATED at Denver, Colorado this 24th day of April, 2007.

                                BY THE COURT:

                                s/ Walker D. Miller
                                _____
                                JUDGE, UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLORADO