IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-2031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.,

    Defendant.

## ORDER ON MOTION FOR HEARING AND MOTION FOR TRANSCRIPTS

Miller, J.

    This matter is before me on Plaintiff's Request for Dispute Resolution Meeting, and Fairness Adjustment (doc no 54) and Plaintiff's Request for Transcript and Electronic File (doc no 55).

    Plaintiff requests a "dispute resolution" meeting. Because this matter is now on appeal with the Court of Appeals for the Tenth Circuit, I have no jurisdiction over substantive matters. This motion (doc no 54), therefore, is dismissed without prejudice.

    Plaintiff also seeks copies of "all transcripts of phone conference, and other form of electronics files in the control, custody, or supervision, of the court." Existing transcripts and other pleadings are available as a matter of public record in the court file. It is unclear whether Plaintiff seeks to have certain hearings or other proceedings transcribed. If so, Plaintiff will need to re-file his motion with a specific request identifying the dates of the hearings or other matters for which he seeks a transcript. Accordingly, this motion (doc

no 55) is also dismissed without prejudice.

DATED at Denver, Colorado, on June 8, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge