IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

      Plaintiff,

v.

MILGARD MANUFACTURING, INC.,

      Defendant.

---

## ORDER OF RECUSAL

---

Pursuant to 28 U.S.C. §455(a), a Magistrate Judge shall disqualify himself under the following circumstance:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

Based on the actions of Plaintiff in this case concerning communications to the undersigned Magistrate Judge, as well as the undersigned's participation in settlement conferences involving Plaintiff which have themselves produced litigation, I believe that my impartiality may reasonably questioned. Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 7th day of December, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge