IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00763-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

COGNISA SECURITY, INC.,

    Defendant.

_____

Civil Action No. 06-cv-02031-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC.,

    Defendant.
_____

**ORDER**
_____

    This matter comes before the Court *sua sponte* due to improper email and telephone communications received from the Plaintiff, Issiaka I. Namoko, in the above-captioned cases. On December 6, 2007, Plaintiff sent an email to the Chambers of the undersigned Magistrate Judge and to several attorneys involved in the above-captioned cases. Plaintiff's email is laced with obscenity.

    Plaintiff also left a voice mail that same day for the undersigned of an aggressive nature, which could be interpreted as threatening or tampering. Plaintiff's *pro se* status does not absolve his obligation that he conduct himself in a professional manner at all times when appearing before this

Court, either in person, by phone or by email.

Due to the nature of both Plaintiff's email and voice mail, and in light of the Court recusing itself in all cases involving Plaintiff, it is hereby ORDERED that Plaintiff is prohibited from contacting the Chambers of the undersigned Magistrate Judge <u>in any form</u>. All communications with the Court are to be submitted in writing to the Clerk's Office to be entered on the public record of that case.[1]

IT IS FURTHER ORDERED that any violation of this Order will subject Plaintiff to both civil and criminal contempt proceedings before this Court. Plaintiff's conduct falls below the threshold of decency required of all litigants in this Court, and it will not be tolerated.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Plaintiff via certified mail, return receipt requested. The Clerk of the Court is directed to docket this Order in both of the above-captioned cases.

Dated at Denver, Colorado, this 7th day of December, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] By separate Order, I am recusing myself from all cases involving Plaintiff Issiaka Namoko.